UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

THE PALMS OF BELLEAIR, LLC,  CASE NO. 8:11-bk-18683
                             Chapter 11
    Debtor.
_____/

## DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL

Debtor, PALMS OF BELLEAIR, LLC, by its undersigned counsel, hereby moves for authority to use cash collateral, and states:

1. On October 4, 2011, the Debtor filed a voluntary chapter 11 petition with this Court. The Debtor continues to operate as debtor-in-possession.

2. Prior to the bankruptcy filing, the Debtor entered into a lending arrangement with Bank of Florida-Tampa Bay which has since failed with the loan being assigned to Everbank (the "Bank"). In connection with such arrangement, the Debtor granted a mortgage on its real property and assigned its leases and rents as collateral. Accordingly, going-forward rents constitute the "cash collateral" of the Bank.

3. The Debtor owns an 88-unit apartment building that is currently 98% rented. The Debtor needs use of the rents to pay the normal operating expenses for the property. A monthly cash flow budget is attached hereto as **Exhibit A**. The monthly cash flow budget does not include a line item for a management fee as the Debtor manages the property. The monthly management fee would typically be a standard five per cent (5%) of revenue collected.

4. The Bank recently filed a foreclosure action in which it alleges a principal balance owed of $6,736,263.58. The per diem interest sought in the foreclosure action is 5.75%. The interests of the Bank are adequately protected by the value of the real estate and the going-forward rent revenues. To the extent necessary, the Debtor consents to a replacement lien on all post-petition rents to the same extent, validity and priority as the Bank's pre-petition liens and a monthly adequate protection payment in the amount of $30,000.

5. Prior to the foreclosure action, the Debtor paid and the Bank accepted monthly interest at the contract rate (5.75%) in the approximate amount of $32,415.92.

6. The Debtor intends to promptly file a plan and disclosure statement providing for payment in full to the Bank and hopes to emerge from Chapter 11 as soon as possible.

Wherefore, the Debtor moves for authority to use cash collateral as set forth above, and for such further relief as the Court deems appropriate.

/s/ Michael C. Markham
Michael C. Markham
FBN: 0768560
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727) 461-1818
(727) 443-6548 fax
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on all registered CM/ECF users and Irene Bassel Frick, Esq., Counsel for Everbank, 401 E. Jackson St., Suite 1700, Tampa, FL 33602 - irene.bassel@akerman.com; this 4th day of October, 2011.

/s/ Michael C. Markham
Michael C. Markham

578010

3

# Palms of Belleair
## 6 Month Cash Flow

| Description | Oct. 2011 | Nov. 2011 | Dec. 2011 | Jan. 2012 | Feb. 2012 | Mar. 2012 |
|---|---|---|---|---|---|---|
| **Income:** | | | | | | |
| Rental | $ 61,500.00 | $ 61,500.00 | $ 61,500.00 | $ 61,500.00 | $ 61,500.00 | $ 61,500.00 |
| Laundry | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| **Total Income:** | **$ 62,000.00** | **$ 62,000.00** | **$ 62,000.00** | **$ 62,000.00** | **$ 62,000.00** | **$ 62,000.00** |
| | | | | | | |
| **Expenses:** | | | | | | |
| Insurance | $ 3,755.00 | $ 3,755.00 | $ - | $ 6,800.00 | $ 3,755.00 | $ 3,755.00 |
| Marketing | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 |
| Payroll Wages and Expenses | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 |
| Fire Alarm | 117.00 | 117.00 | 117.00 | 117.00 | 117.00 | 117.00 |
| Landscape Maintenance | 975.00 | 975.00 | 975.00 | 975.00 | 975.00 | 975.00 |
| Pest Control | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Repairs and Maintenance | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 |
| Telephone and Internet | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Electric | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Trash | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Water | - | 6,400.00 | - | 6,400.00 | - | 6,400.00 |
| **Total Expenses:** | **$ 15,297.00** | **$ 21,697.00** | **$ 11,542.00** | **$ 24,742.00** | **$ 15,297.00** | **$ 21,697.00** |
| | | | | | | |
| **Cash Flow from Operations** | **$ 46,703.00** | **$ 40,303.00** | **$ 50,458.00** | **$ 37,258.00** | **$ 46,703.00** | **$ 40,303.00** |

Monthly Average Cash Flow From Operations $43,621.33